IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT

2005 SEP 14 AM 10: 27

CLERK
DIST. OF GA.

JEROME CLARKE,                       )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      CV 605-082
                                     )
UNITED STATES SECRETARY OF THE )
INTERIOR, et al.,                    )
                                     )
            Defendants.              )

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's current motion to proceed *in forma pauperis* and motion

for an evidentiary hearing are **DENIED** and this case is **DISMISSED** without prejudice.

Plaintiff is accorded "28 U.S.C. § 1915(g)-*plus*" status and any future filings in this District

will be handled in accordance with the instructions set forth on pages 10 and 11 of the

Magistrate Judge's Report and Recommendation

SO ORDERED this 14 day of September, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT